[No. 53213-8-I.  Division One.  January 18, 2005.]

LHT CORPORATION, *Appellant*, v. KELLY & ASSOCIATES, P.S., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-23408-7, Palmer Robinson, J., entered September 25, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53456-4-I.  Division One.  January 18, 2005.]

*In the Matter of the Detention of* JAMES S. CALDERWOOD, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JAMES S. CALDERWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-2-03103-0, Larry E. McKeeman, J., entered November 13, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53567-6-I.  Division One.  January 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. C.C., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-8-00791-1, Harry J. McCarthy, J., entered November 21, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53595-1-I.  Division One.  January 18, 2005.]

SHANNON JIGGENS, *Individually and as Guardian, Respondent*, v. RANDY BATTEN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-12118-3, Thomas J. Wynne, J., entered December 29, 2003. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox, C.J., and Baker, J.